# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) ) ) **ORDER** |
| A one and one-half story light green and white colored frame residence located at 121 2nd Street East, McClusky, North Dakota, along with curtilage, appurtenances, vehicles, garage, and storage facilities | ) ) ) ) ) ) ) Case No. 4:09-mj-059 |

On oral motion of the Government, it is **ORDERED** that the Search Warrant and Application and Affidavit for Search Warrant, with attachments, including the Affidavit of Special Agent Scott Williams, Federal Bureau of Investigation, and Search Warrant Return are sealed until further order of the court.

Dated this 3rd day of September, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge